UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                           :

HENRI GIOVANI MORALES JIMENEZ,      :

                                                       :

              Petitioner,       :

                                                       :     **<u>ORDER TO SHOW CAUSE</u>**

          - against -       :

                                                       :     26-cv-1501 (BMC)

CHRISTOPHER SHANAHAN, Field Office   :
Director; U.S. IMMIGRATION AND      :
CUSTOMS ENFORCEMENT,           :

                                                    :

              Respondents.     :

                                                       :
-------------------------------------------------------------X

Upon the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, dated

March 13, 2026, it is hereby

      ORDERED as follows:

1. Respondents are enjoined from relocating petitioner from this district pending resolution of the petition;

2. The United States Attorney, as attorney for respondents, shall show cause before this Court by filing a return to the petition why a writ of habeas corpus should not be issued;

3. Within 3 days from the date of this Order, respondents shall serve a copy of its return on petitioner herein and file the original thereof with proof of service with the Clerk of the Court;

4. All communications with the Court must be served on the opposing party;

5. Electronic service of a copy of this Order to Show Cause shall be made by the Clerk of the Court together with a copy of the petition to the United States Attorney.

**SO ORDERED.**

*Brian M. Cogan*
_____
U.S.D.J.

Dated: Brooklyn, New York
March 16, 2026